Gumersindo JOAQUIN v. UNITED STATES of America and 32 companion cases.

Nos. 8906–8928.

Circuit Court of Appeals, Ninth Circuit.

Aug. 1, 1938.

I. M. Stainback, U. S. Atty., of Honolulu, T. H., and Robert B. McMillan, Asst. U. S. Atty., of San Francisco, Cal., for appellee.

Before DENMAN, MATHEWS, and STEPHENS, Circuit Judges.

PER CURIAM.

Upon consideration of the motion of appellee in each of above 33 causes for dismissal of the appeal therein for failure of appellant to file record and docket cause, and good cause therefor appearing, ordered said motions granted, that a decree of dismissal be filed and entered in each of said causes, and that the mandate of this court herein issue forthwith.

Arthur Delworth HANCOCK, Appellant, v. UNITED STATES of America.

No. 11129.

Circuit Court of Appeals, Eighth Circuit.

Feb. 25, 1938.

A. M. Cary and Mark J. McCabe, both of Minneapolis, Minn., for appellant.

PER CURIAM.

Appeal docketed and dismissed, without costs to either party in this Court, under the provisions of Rule 26, Paragraph 4, of this Court.

Arthur Delworth HANCOCK, Appellant, v. UNITED STATES of America.

No. 11131.

Circuit Court of Appeals, Eighth Circuit.

Feb. 25, 1938.

A. M. Cary and Mark J. McCabe, both of Minneapolis, Minn., for appellant.

PER CURIAM.

Appeal docketed and dismissed, without costs to either party in this Court, under the provisions of Rule 26, Paragraph 4, of this Court.

Margaret S. HARDWICK and Robert G. Stone, as Executor of the Estate of Galen L. Stone, Deceased, Libelants-Appellants, v. Yacht THE CHALENA, Charles E. F. McCann, Claimant and Respondent-Appellee.

No. 372.

Circuit Court of Appeals, Second Circuit.

June 20, 1938.

Haight, Griffin, Deming & Gardner, of New York City (Henry M. Hewitt and James McKown, Jr., both of New York City, of counsel), for appellants.

Bigham, Englar, Jones & Houston, of New York City (Leonard J. Matteson and Charles A. Van Hagen, Jr., both of New York City, of counsel), for appellee.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Affirmed on opinion below.